**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MCFARLAND WHITE RANCH, INC. | |
| Plaintiff, | Case No. 1:23-cv-1648 |
| v. | Senior Judge Eric G. Bruggink |
| UNITED STATES OF AMERICA, | |
| Defendant. | **JOINT STATUS REPORT AND PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS** |

The parties jointly submit this status report pursuant to the Court's June 22, 2026 order. The parties have disclosed their expert witnesses and completed expert depositions for purposes of the liability phase of this action.

The United States believes this case is amenable to resolution on summary judgment. Because the United States' anticipated summary judgment arguments relate, at least in part, to what it believes to be fundamental issues with Plaintiffs' disclosed expert opinions, the United States also proposes filing motions to exclude or limit expert opinions contemporaneously with its motion for summary judgment. In the United States' view, resolving both motions in advance of any trial may substantially narrow this case and reduce the length of any trial.

Plaintiff believes the United States' disclosed expert opinions should be excluded or limited contemporaneously with the United States' anticipated motion for summary judgment. Plaintiff anticipates so moving, and that resolving its motion in advance of any trial may substantially narrow this case and reduce the length of any trial.

The parties have met and conferred and propose that the Court enter the following deadlines in this action:

**December 30, 2026**: United States' Motion for Summary Judgment due;

1

**December 30, 2026**: Related Motions by the United States to Exclude or Limit Expert Opinions due (including motions pursuant to Federal Rule of Evidence 702);

**January 29, 2026**: Plaintiffs' Response to United States' Motion for Summary Judgment and any Cross-Motion for Summary Judgment due;

**January 29, 2026**: Plaintiffs' Responses to Motions to Exclude or Limit Expert Opinions due;

**February 26, 2026**: United States' Reply in Support of Motion for Summary Judgment and any Response to Plaintiffs' Cross-Motion for Summary Judgment due;

**February 26, 2026**: United States' Replies in Support of Motions to Exclude or Limit Expert Opinions due;

**March 19, 2026**: Plaintiffs Reply in Support of any Cross-Motion for Summary Judgment due.

The parties note that the above deadlines do not foreclose a party from filing other pre-trial motions *in limine* in advance of any trial later set by the Court.

2

Respectfully submitted on August 12, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

Kate Laubach
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street – North Terrace, Ste. 600
Denver, CO 80202
Tel: (202) 353-5765
katharine.laubach@usdoj.gov

Erika Norman
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3143
erika.norman@usdoj.gov
*Counsel for the United States*

3